Robert Wyrock and Geraldine Wyrock, Appellants *v.* Zoning Hearing Board of Bensalem Township, Appellee.

Argued December 16, 1982, before Judges ROGERS, WILLIAMS, JR. and MACPHAIL, sitting as a panel of three.

*Stanton C. Kelton, III, Wood and Floge,* for appellants.

*Leslie G. Dias,* with him *Emil F. Toften, Emil F. Toften and Associates,* for appellee.

OPINION BY JUDGE ROGERS, February 10, 1983:

This is an appeal of Robert and Geraldine Wyrock from an order of the Court of Common Pleas of Bucks County affirming the decision of the Zoning Hearing Board of Bensalem Township holding that the appellants did not establish their right to a certification that the use of a part of their property as an automotive repair shop was a lawful nonconforming use. We affirm the order on the opinion of Judge GARB reported in    Pa. D. & C.3d    (    ).

ORDER

AND Now, this 10th day of February, 1983, the order of the Court of Common Pleas of Bucks County dated November 19, 1981 is affirmed.